THE PEOPLE OF THE STATE OF NEW YORK, Respondent,
*v.* THOMAS MCFARLAND, Appellant.

(Argued May 22, 1936; decided July 8, 1936.)

*Joseph A. Solovei, Roy R. Richard* and *Joseph Weiss* for appellant.

*William F. X. Geoghan,* District Attorney (*Edward H. Levine* and *Henry J. Walsh* of counsel), for respondent.

Judgment of conviction affirmed; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, CROUCH, LOUGHRAN and FINCH, JJ.